```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION
```

WILLIAM F. RUTGER and
ANGELA R. RUTGER,

      Plaintiffs,

v.                                  Case No. 8:20-cv-1144-T-33TGW

INTERNAL REVENUE SERVICE,

      Defendant.
_____/

**ORDER**

This matter comes before the Court upon review of pro se Plaintiffs William F. Rutger and Angela R. Rutger's purported proof of service on Defendant Internal Revenue Service (IRS). (Doc. # 8). Because the service on the IRS was invalid, the Court grants an extension of the service deadline to September 30, 2020.

**Discussion**

Although the Court addressed service of process briefly in a previous order (Doc. # 4), the Court takes this opportunity to explain why the service effected on the IRS does not comply with the requirements of Federal Rule of Civil Procedure 4 for serving a United States agency.

1

Service of process on the United States and its agencies is governed by Rule 4(i) which states:

> (1) United States. To serve the United States, a party must:
>
>> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought — or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk — or
>>
>> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>>
>> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>>
>> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
>
> (2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, **a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency**, corporation, officer, or employee.

Fed. R. Civ. P. 4(i)(emphasis added).

Here, the proof of service document shows that Plaintiffs mailed a copy of the summons and complaint to the IRS by certified mail. (Doc. # 8). However, to properly serve the IRS, Plaintiffs had to both (1) send a copy of the summons and complaint by registered or certified mail to the IRS **and**

(2) serve the United States using the procedure described in Rule 4(i)(1). Thus, Plaintiffs have not served the IRS properly because they have not also served the United States.

Given Plaintiffs' pro se status, the Court extends the deadline to serve the IRS to September 30, 2020. Plaintiffs should serve the IRS as set out in Rule 4(i) and then promptly file proof of service with the Court.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED:**

Plaintiffs William F. Rutger and Angela R. Rutger must properly serve Defendant Internal Revenue Service, as required by Federal Rule of Civil Procedure 4(i), by **September 30, 2020.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of September, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3