IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| WILLIAM F. RUTGER and <br> ANGELA R. RUTGER, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 8:20-cv-01144-VMC-TGW |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING AND TO MEET AND CONFER**

Defendant, the United States of America,[1] respectfully moves the Court for a twenty-one day extension of time to file an answer or other responsive pleading to Plaintiffs' Complaint and to meet and confer with Plaintiffs on the following grounds:

1. On May 18, 2020, Plaintiffs filed a complaint against the United States seeking a refund of taxes paid. ECF No. 1.

2. Federal Rule of Civil Procedure 12(a)(2) provides that the United States must serve an answer to a complaint within sixty days after service on the United States attorney.

---

[1] Plaintiffs improperly name the Internal Revenue Service as a defendant. An executive department of the United States can only be sued with the express authorization of Congress. *See Deleeuw v. I.R.S.*, 681 F. Supp. 402, 403-04 (E.D. Mich. 1987) (citing *Blackmar v. Guerre*, 342 U.S. 512, 514-15 (1952)); *see also Simons v. Vinson*, 394 F.2d 732, 736 (5th Cir.1968) ("The immunity of the sovereign, however, extends to its agencies . . . and to the officers of these agencies."). Congress has not consented to suits against the IRS. *See Castleberry v. ATF*, 530 F.2d 672, 673 n.3 (5th Cir. 1976). Accordingly, the IRS is not a proper defendant to this suit. *See Kramer & Assocs., LLC v. United States*, No. 8:08-cv-640-T-24 MAP, 2008 WL 5051429, at *2 (M.D. Fla. Sept. 10, 2008).

3. The United States received a copy of the summons and complaint on September 18, 2020. Accordingly, its answer to the complaint is due November 17, 2020.

4. On September 30, 2020, the Court entered an Order directing the parties to meet and confer by December 1, 2020 and file a Case Management Report. ECF No. 12.

5. The United States requires additional time to obtain files from the IRS and investigate the allegations contained in Plaintiffs' Complaint to file an appropriate responsive pleading.

6. Trial counsel for the United States has conferred with *pro se* Plaintiffs, who agree to the relief sought in this motion. No party will suffer prejudice as a result of a brief extension.

Therefore, Defendant respectfully requests that it be allowed a twenty-one day extension to file an answer or other responsive pleading to Plaintiffs' Complaint and of the deadline for the parties to meet and confer until December 8, 2020 and December 22, 2020, respectively.

Dated: October 28, 2020

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Margaret S. Sholian*
MARGARET S. SHOLIAN
Trial Attorney, Tax Division
U.S. Department of Justice
Wash. Bar No. 51444
P.O. Box 14198
Washington, D.C. 20044
202-514-5900 (v)
202-514-4963 (f)
Margaret.S.Sholian@usdoj.gov

Of Counsel:

MARIA CHAPIA LOPEZ
United States Attorney
Middle District of Florida

**CERTIFICATION PURSUANT TO LOCAL RULE 3.01(G)**

      I hereby certify that prior to the filing of this motion I conferred with *pro se* Plaintiff William Rutger who represented that he and *pro se* Plaintiff Angela Rutger agree to the relief sought in this motion.

      */s/ Margaret S. Sholian*
      MARGARET S. SHOLIAN
      Trial Attorney, Tax Division
      U.S. Department of Justice

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on the same date mailed the document by United States Postal Service to the following:

William Rutger
Angela Rutger
2415 Bent Tree Rd. #2413
Palm Harbor, FL 34683
abrutger000@gmail.com

                                            */s/ Margaret S. Sholian*
                                            MARGARET S. SHOLIAN
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice