U.S District Court

Middle District of Florida

Tampa Division

Case No. 8:20 cv – 1144 – T – 33TGW

William F. Rutger & Angela R. Rutger

                Plaintiffs

                V.

Internal Revenue Service

                Defendant

<u>Motion to Substitute Party</u>

<u>Defendant</u>

<u>Motion for Summary Judgment</u>

1. United States of America is the proper party Defendant.
2. The IRS persists the fallacious notion that Plaintiffs received a $246,246.47 Windfall after a 2013 debt forgiveness on their former home.
3. Attached is the 2020 closing statement on that home showing Plaintiffs only Received $23,221.71.  end
4. Please help us and this nightmare.

William F. Rutger

Bill and Angela Rutger
2415 Bent Tree Road, #2413
Palm Harbor, Fl 34683

Angela R. Rutger     Date: 12/18/20

Certificate of Service

    Margaret S. Sholian, Esq.

    U.S. Dept of Justice

    P.O. Box 14198

    Washington, D.C.  20044

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

FileNo./Escrow No.: 20-06010

Officer/Escrow Officer: Dina L. DeFalle
Settlement Location:
2130 Alt. 19, Suite A
Palm Harbor, Florida 34683

Albritton Title, Inc.
1121609
2130 Alt. 19, Suite A
Palm Harbor, Florida 34683

Property Address: 1268 Blackrush Dr., Tarpon Springs, Florida 34689
Buyer: CRIXUS DEVELOPMENTS, LLC, a Minnesota Limited Liability Company, 11109 Zealand Ave. N., Champlin, Minnesota 55316
Seller: WILLIAM F. RUTGER and ANGELA R. RUTGER, husband and wife, 2415 Bent Tree Rd. #2413, Palm Harbor, Florida 34683
Lender: Anchor Nationwide Loans, LLC, 5230 las Virgenes Rd. Suite 105, Calabasas, California 91302
Loan Type: Conventional Settlement
Loan Number: 320717

Settlement Date: 7/27/2020
Disbursement Date: 7/27/2020
Additional dates per state requirements:

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $285,000.00 | Sales Price of Property | $285,000.00 | |
| | | Construction Holdback | $60,000.00 | |
| | | Deposit including earnest money | | $3,000.00 |
| | | Loan Amount | | $310,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $308.66 | Annual HOA Dues from 7/27/2020 to 12/31/2020 | $308.66 | |
| $2,197.06 | | County Taxes from 1/1/2020 to 7/26/2020 | | $2,197.06 |
| $8,792.24 | | Credit for Attorney Payoff | | $8,792.24 |
| | | | | |
| | | **Loan Charges to Anchor Nationwide Loans, LLC** | | |
| | | 0.00% of Loan Amount (Points) | $4,657.50 | |
| | | Document Fee | $200.00 | |
| | | Fund Control Fee | $400.00 | |
| | | Inspection Fee | $250.00 | |
| | | Processing Fee to Anchor Nationwide Loans, LLC | $200.00 | |
| | | Underwriting Fee | $350.00 | |
| | | Prepaid Interest ( $0.00 per day from 7/27/2020 to          ) to Anchor Nationwide Loans, LLC | $366.55 | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Closing Fee to Albritton Title, Inc. | $650.00 | |
| $475.00 | | Title - Closing Fee to Albritton Title, Inc. | | |
| | | Title - Document Imaging / Storage Fee to Pioneer Records Management | $30.00 | |

| American Land Title Association | | | ALTA Settlement Statement - Combined |
|---|---|---|---|
| | | | Adopted 05-01-2015 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Title - Endorsement 5.1rr25 to Albritton Title, Inc. | $45.00 | |
| | | Title - Endorsement 8.1rr25 to Albritton Title, Inc. | $45.00 | |
| | | Title - Endorsement FL Form 9 to Albritton Title, Inc. | $197.75 | |
| | | Title - Lender's Coverage Premium to Albritton Title, Inc. | $477.50 | |
| $96.28 | | Title - Lien Search to PropLogix | | |
| $10.00 | | Title - Policy Typing Fee to Policies Plus | $10.00 | |
| $50.00 | | Title - Title Search to Fidelity National Title Insurance Company | | |
| $1,500.00 | | Title - Owner's Coverage Premium to Albritton Title, Inc. | | |
| | | **Commission** | | |
| $8,355.00 | | Real Estate Commission (Buyer) to Clickinvest, INC | | |
| $8,745.00 | | Real Estate Commission (Seller) to Florida Realty Investments | | |
| $175.00 | | Transaction/Processing Fee to Florida Realty Investments | | |
| | | **Government Recording & Transfer Charges** | | |
| | | Recording Fees to Simplifile / E - Recording | $79.50 | |
| | | E-Recording Fee to Simplifile / E - Recording | $9.00 | |
| $1,995.00 | | Transfer Taxes - Deed State to Simplifile / E - Recording | | |
| | | Transfer Taxes - Intangible Tax to Simplifile / E - Recording | $621.00 | |
| | | Transfer Taxes - Mortgage State to Simplifile / E - Recording | $1,086.75 | |
| | | **Payoff(s)** | | |
| $225,000.00 | | Lender: SunTrust | | |
| | | Principal Balance () | | |
| | | Interest on Payoff Loan () | | |
| | | **Miscellaneous** | | |
| $449.00 | | Reimbursement of Trash Removal to Doreen Columbo | | |
| | | Homeowner's Insurance Premium to Great American Assurance Company | $1,231.25 | |
| $149.43 | | Property Taxes to (2017) Pinellas County Tax Collector | | |
| $4,097.94 | | 2019 Real Estate Taxes to Pinellas County Tax Collector | | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| $262,086.95 | $285,308.66 | Subtotals | $356,215.46 | $324,489.30 |
| | | Due From Borrower | $31,726.16 | |
| | $23,221.71 | Due To Seller | | |

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Albritton Title, Inc. to cause the funds to be disbursed in accordance with this statement.

CRIXUS DEVELOPMENTS, LLC, a Minnesota Limited Liability Company

Borrower: _____  Seller: _____
Ryan Whitefield, Managing Member         WILLIAM F. RUTGER

Seller: _____
ANGELA B. RUTGER

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

Escrow Officer: _____