Bill and Angela Rutger
2415 Bent Tree Road, #2413
Palm Harbor, Fl 34683

TAMPA FL 335
SAINT PETERSBURG, FL
19 DEC 2020 PM 6 L

United States District Court
Middle District of Florida
Office of the Clerk
U.S. Courthouse
Tampa, FL 33602