IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM F. RUTGER and ANGELA R. RUTGER,

    Plaintiffs,

    v.

UNITED STATES,

    Defendant.
_____)

Case No. 8:20-cv-1144-T-33TGW

**NOTICE OF MISADDRESSED SERVICE AND
AMENDED CERTIFICATE OF SERVICE**

The United States incorrectly served its Motion to Dismiss [ECF 16] on Plaintiffs at the address listed on Plaintiffs' complaint, not to Plaintiffs' updated address reflected in their Notice at ECF 6. The United States certifies that with this Notice it is serving its Motion to Dismiss, as well as the Certificate of Interested Persons [ECF 17] on Plaintiffs at the following address:

William F. Rutger
Angela R. Rutger
2415 Bent Tree Road, #2413
Palm Harbor, FL 34683

The United States further clarifies that it will properly serve all filings and notices moving forward to Plaintiffs' updated address. The United States apologizes for any inconvenience or delay our oversight caused.

Dated: January 4, 2021

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/Jikky Thankachan*

        JIKKY E. THANKACHAN
        MARGARET S. SHOLIAN
        Florida Bar No. 1025151 (Thankachan)
        Washington Bar No. 51444 (Sholian)
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C. 20044
        202-598-3758 (v) (Thankachan)
        202-514-5900 (v) (Sholian)
        202-514-4963 (f)
        Jikky.thankachan@usdoj.gov
        Margaret.S.Sholian@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of January, 2021, I filed the foregoing document, with Motion to Dismiss, via CM/ECF which will send a copy to all counsel of record. On the same date, I sent the foregoing document via United States Postal Service to the following non-CM/ECF participants:

William F. Rutger, *pro se*
2415 Bent Tree Road, #2413
Palm Harbor, FL 34683
Abrutger000@gmail.com

Angela R. Rutger, *pro se*
2415 Bent Tree Road, #2413
Palm Harbor, FL 34683
Abrutger000@gmail.com

        */s/ Jikky Thankachan*
        JIKKY E. THANKACHAN
        Trial Attorney
        United States Department of Justice, Tax Division