IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM F. RUTGER and                                     Case No. 8:20-cv-01144-VMC-
ANGELA R. RUTGER,                                          TGW

      Plaintiffs,

      v.

THE INTERNAL REVENUE SERVICE,

      Defendant.
_____

## UNITED STATE'S MOTION FOR RELIEF FROM ORDER

The United States respectfully moves the Court for relief from the Order entered on January 19, 2021 directing the United States to file a notice of mediation by January 22, 2021. ECF 38. Relief is warranted as the case has been dismissed without prejudice.

## BACKGROUND

Plaintiffs filed their complaint against the United States on May 18, 2020, seeking a refund of federal income taxes. ECF 1. On December 8, 2020, the United States filed a motion to dismiss. ECF 16. On December 21, 2020, Plaintiffs filed a motion for summary judgment. ECF 20. On December 30, 2020, the United States filed a motion to strike Plaintiffs' motion for summary judgment, as well as a motion for order to show cause as to why the United States' motion to dismiss – to which no opposition was filed – should not be granted. ECF 25. On that same day, the Court granted the United States' motion to dismiss and closed the case. ECF 26. Realizing the Motion to Dismiss was not properly served, on January 4, 2021, the United States filed a notice of misaddressed service and amended certificate of service. ECF 28. The Court was gracious enough to reopen the case and reinstate the United States' motion

to dismiss, with a deadline of January 19, 2021 for the Plaintiffs to respond. ECF 29. On January 5, 2021, the United States renewed its Motion to Strike Plaintiffs' motion for summary judgment. ECF 30.

On January 11, 2021, the Court took notice that Peter Grilli was unavailable as a mediator and appointed Gregory Holder to serve as mediator in this case. ECF 34. On that same day, Plaintiffs responded to the United States' motion to dismiss. ECF 35. On January 13, 2021, the Court granted the United States' motion to dismiss for lack of subject matter jurisdiction, and allowed Plaintiffs until February 4, 2021, to file an amended complaint properly establishing the Court's jurisdiction and stating a claim for relief. ECF 36. On January 19, 2021, the Court entered an order stating "On January 11, 2021, the Court directed the United States to file a notice of mediation, informing the Court of the date, time, and location of the mediation, by January 15, 2021. (Doc. # 34). That date has passed, but no notice of mediation has been filed. Accordingly, the United States is directed to file the notice of mediation by January 22, 2021." ECF 38.

Plaintiffs have yet to file an operative amended complaint, and there is no pending claim or cause to mediate, so the United States requests relief from the January 19 order or, in the alternative, an enlargement of time to comply with the order until at least 21 days after service of the amended complaint.

## MEMORANDUM

There is good cause to grant the United States relief from the Court's order to file a notice of mediation by January 22, 2021. The Court dismissed the case on January 13, 2021. ECF 36. Although the Plaintiffs were granted leave to file an amended complaint, pursuant to the Court's dismissal, there is no operative complaint in this case at this time. Therefore, the

issues that would be the subject of mediation are not known to the United States at this time. Indeed, although the United States assumes that Plaintiffs seek a refund of tax paid with respect to debt forgiveness income, as set forth in our Motion to Dismiss we are unsure of the tax years at issue, much less whether Plaintiffs have complied with the jurisdictional prerequisites to suit. Until there is a substantive, operative complaint the United States is not able to conduct a substantive mediation.

The United States has spoken to the assigned mediator, Greg Holder. Both the United States and the mediator are willing to mediate this case if there is an operative complaint filed by the Plaintiffs by February 4, 2021, as the Court directed.

## CONCLUSION

For the foregoing reasons, the United States requests the Court grant relief from the Court's order to provide notice of mediation, at least until an operative complaint has been filed by the Plaintiffs.

Dated: January 21, 2021                    Respectfully Submitted

David A. Hubbert
Deputy Assistant Attorney General

*/s/ Jikky Thankachan*
Counsel for the United States
JIKKY THANKACHAN
Florida Bar No: 1025151
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-598-3758 (v)
202-514-4963 (f)
Jikky.Thankachan@usdoj.gov

Of counsel:

Maria Chapa Lopez
United States Attorney
Middle District of Florida

## CERTIFICATE OF SERVICE

I certify that on January 21, 2021 I filed this foregoing motion with the CM/ECF system

for the Middle District of Florida which will provide service to all users registered to receive

service electronically, and on the same date mailed the document by United States Postal Service

to the following:

William F. Rutger
Angela R. Rutger
2415 Bent Tree Road, #2413
Palm Harbor, FL 34683

*/s/ Jikky Thankachan*
Jikky Thankachan
Trial Attorney, Tax Division
U.S. Department of Justice

4