IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM F. RUTGER and ANGELA R.
RUTGER,                                          Case No. 8:20-cv-1144-T-33TGW

       Plaintiffs,

       v.

INTERNAL REVENUE SERVICE,

       Defendant.
_____)

## NOTICE OF MEDIATION

Please take notice that the United States of America will conduct mediation on April 20, 2021 at 1:30 PM with Gregory Holder of Zinober, Diana & Monteverde, at the Tampa office.

The United States has attempted to confer with the Plaintiffs, who have been nonresponsive. If after this notice is filed, the Plaintiffs notify the United States that April 20, 2021 at 1:30 PM is not an agreeable mediation date and time, the United States will choose another date and time that is agreeable to the Plaintiffs.

Dated: February 10, 2021                    Respectfully submitted,

                                          DAVID A. HUBBERT
                                          Deputy Assistant Attorney General

                                          */s/ Jikky E. Thankachan*
                                          JIKKY E. THANKACHAN
                                          Fla. Bar. No. 1025151
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 14198

Washington, D.C.  20044
202-598-3758 (v)
202-514-4963 (f)
Jikky.Thankachan@usdoj.gov


Of Counsel:

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida